854

No. 83–5033.   HUNTER v. UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 83–5034.   RANKIN v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 83–5036.   HOOVER v. LEE, SUPERINTENDENT, BRONX HOUSE OF DETENTION.   C. A. 2d Cir.   Certiorari denied.

No. 83–5038.   BRUCE v. UPPER EAST TENNESSEE HUMAN DEVELOPMENT AGENCY, INC., ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 83–5041.   DOCK v. SMITH ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 83–5042.   CARLSEN v. MORRIS, WARDEN, UTAH STATE PRISON.   C. A. 10th Cir.   Certiorari denied.

No. 83–5044.   FLYGARE v. WASHINGTON.   Ct. App. Wash. Certiorari denied.

No. 83–5045.   DAVENPORT v. ZIMMERMAN ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 83–5046.   GASTON v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 83–5047.   RICHARDSON v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 83–5048.   PEPPER v. KAZUBOWSKI, COUNTY CLERK FOR THE COUNTY OF SANTA CLARA.   Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 83–5050.   KINNELL v. STEPHAN, ATTORNEY GENERAL OF KANSAS.   C. A. 10th Cir.   Certiorari denied.

No. 83–5052.   COLEMAN v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 83–5055.   LEVY v. DEPARTMENT OF REHABILITATIVE SERVICES OF VIRGINIA.   C. A. 4th Cir.   Certiorari denied.

No. 83–5056.   CHIAGO v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.